(86 South. 564)

No. 24292.

**CITY OF NEW ORLEANS v. GILLY.**

(Nov. 3, 1920.)

*(Syllabus by Editorial Staff.)*

Municipal corporations ⊕⊃625—Ordinance requiring taxicab driver to remain within 10 feet of vehicle unreasonable.

A provision in an ordinance, regulating the use of vehicles on public streets, which subjects a person in charge of a taxicab or hire vehicle to fine and imprisonment if he should be at any time more than 10 feet away from his vehicle, is unreasonable and void.

Appeal from Traffic Recorder's Court of City of New Orleans; Louis Burthe, Jr., Recorder.

Rollo Gilly was convicted of being more than 10 feet away from his taxicab, and appeals. Judgment set aside, and defendant ordered released.

Richard Wingrave and Jones T. Prowell, both of New Orleans, and Richard T. McBride, of New Orleans, for appellant.

I. D. Moore, City Atty., John F. C. Waldo, and George F. Bartley, Asst. City Atty., all of New Orleans, for appellee.

PROVOSTY, J.  Defendant has appealed from his conviction and sentence in the recorder's court under paragraph 3 of article 6 of Ordinance No. 5181, Commission Council Series of New Orleans, entitled:

"An ordinance regulating the manner of use on the public streets and thoroughfares of the city of New Orleans of carts, drays, wagons, omnibusses, automobiles, motorcycles and every description of carriage kept for hire or livery purposes, or soliciting or transacting business thereon, or kept for private use, and repealing all ordinances or parts of ordinances in conflict with the provisions hereof."

The said paragraph 3 reads:

"*Persons in charge.*—There shall not be more than one person or chauffeur in charge of each taxicab or for hire vehicle and he shall at no time be more than ten feet away from his vehicle."

Defendant operates a taxicab, and, happening to move away more than 10 feet from where it stood, was arrested by a policeman, and was tried and convicted in the recorder's court—all this in all seriousness, and in all seriousness he would have been made to pay a fine of $10, or go to jail for 30 days, but for the present appeal.  Ordinances must be reasonable (28 Cyc. 368), and said paragraph 3 is unreasonable.

The judgment appealed from is set aside, and the affidavit against defendant is annul-

led, and defendant is ordered to be released from arrest without day.

MONROE. C. J., and O'NIELL, J., concur in the decree.